# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| JANET GURWELL AND BRAD SYLVIA, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> SEAWORLD PARKS & ENTERTAINMENT, INC., <br><br> Defendant. | Case No.: 2:20-cv-00312-RGD-LRL |

## DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant SeaWorld Parks & Entertainment, Inc. ("SeaWorld") moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiffs Janet Gurwell and Brad Sylvia's Amended Complaint (ECF No. 23). SeaWorld incorporates by reference its simultaneously filed Memorandum in Support of this Motion.

October 1, 2020

Respectfully Submitted,

*/s/ Christopher J. Tyson*
Christopher J. Tyson (VA Bar No. 81553)
Michelle C. Pardo (admitted pro hac vice)
John M. Simpson (admitted pro hac vice)
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 776-7851
Fax: (202) 478-2620
cjtyson@duanemorris.com
mcpardo@duanemorris.com
jmsimpson@duanemorris.com

*Attorneys for Defendant SeaWorld Parks & Entertainment, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ Christopher J. Tyson*
Christopher J. Tyson

*Attorney for Defendant SeaWorld Parks & Entertainment, Inc.*

DM1\11450357.1