\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Thursday, December 10, 2020

**MINUTES OF PROCEEDINGS IN**     Open Court via ZoomGov
**PRESENT**: THE HONORABLE     Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:    Lori Baxter
Law Clerk:    Courtney Hitchcock                 Reporter:    Heidi Jeffreys, OCR

| | | |
|---|---|---|
| Set:   10:30 a.m. | Started:   10:30 a.m. | Ended:   12:03 p.m. |

| |
|---|
| Case No.   2:20cv312 |
| |
| Janet Gurwell, Brad Sylvia, *individually and on behalf of all similarly situated individuals* |
| v. |
| Sea World Parks & Entertainment, Inc., *A Florida Corporation* |
| |
| Appearances:   Jodie E Buchman, Matthew T. Theriault and Zachary T. Chrzan for the Plaintiffs. Christopher J. Tyson, John M. Simpson and Michelle C. Pardo for the Defendant. |
| |
| Hearing held re [26] Motion to Dismiss for Failure to State a Claim by Defendant.   Arguments of counsel.   Comments of Court.   The Court takes the motion under advisement for further review and will issue an order with its ruling.   Court adjourned. |